UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-00105-MAA                                    Date: April 14, 2026

Title   German Perez v. Greek Marble, Inc., et al.

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  |  |
|---|---|
| Marina Moreno-Carrillo | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause Re: Dismissal for Lack of Prosecution**

On January 6, 2026, Plaintiff German Perez ("Plaintiff") filed his Complaint ("Complaint") against Defendants Greek Marble, Inc., Levon Gorlekian, and Does 1 through 10 (each, a "Defendant" and collectively, "Defendants"). (ECF No. 1.)  On January 22, 2026, Plaintiff filed proofs of service indicating that Defendants Greek Marble, Inc. and Levon Gorlekian each had been served with the Complaint on January 16, 2026 and that their answers were due February 6, 2026. (ECF Nos. 8, 9.)  As of April 13, 2026, however, no answer or other response from Defendants has been filed.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of entry of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will discharge the Order to Show Cause upon the filing of the following: (1) a response to the complaint by Defendant(s) or (2) an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by Plaintiff.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.